448 A.2d 1152

Commonwealth v. Rios, Appellant.

Argued June 24, 1981.

Anthony C. Santore, for appellant; Michael Vedomsky, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before HESTER, CAVANAUGH and DiSALLE, JJ.*

Orders dated November 8, 1978 and July 14, 1980 are hereby affirmed.